

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　V.<br><br>JOEL NAVA (4),<br><br>　　　　　　Defendant. | Criminal Case No. 14CR0277-GPC<br><br>AMENDED ORDER |

No objections having been filed, **IT IS ORDERED** that the Findings and Recommendation of the Magistrate Judge are adopted and this Court accepts Defendant's PLEA OF GUILTY to Counts(s) 1-2 of the 2nd Superseding Indictment.

Dated: 08/25/17

　　　　　　　　　　　　　　　　　　HON. GONZALO P. CURIEL
　　　　　　　　　　　　　　　　　　United States District Judge

14CR0277-GPC